UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

MATTHEW LEE OVERBY

                                  Plaintiff,

     **-v.-**

                                  Civil Action No.
                                1:12-cv-663 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

                                  Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

Office of Peter M. Margolius        PETER M. MARGOLIUS, ESQ.
7 Howard Street
Catskill, New York 12414

**FOR THE DEFENDANT:**

Social Security Administration       KATRINA M. LEDERER, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Earl S. Hines, duly filed April 4, 2013. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Earl S. Hines filed April 4, 2013 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED that Plaintiff's request to remand this action and order that additional evidence be taken before the Commissioner is DENIED and the Commissioner's decision is AFFIRMED, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated: April 29, 2013
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court